U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUL 27 2005

JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| BERNARD M. SMITH,<br>Plaintiff, | )<br>)<br>) Civil Action No. 7:05-CV-00453<br>) |
| v. | ) **FINAL ORDER**<br>) |
| BUREAU OF PRISONS,<br>Defendant. | ) By: Hon. Glen E. Conrad<br>) United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby **ADJUDGED** and **ORDERED** that this action be and hereby is **FILED** and **DISMISSED**, pursuant to 28 U.S.C. § 1915A(b)(1), for failure to state a claim. This action is hereby stricken from the active docket of the court.

The Clerk of the Court is directed to send a certified copy of this Order to the plaintiff.

ENTER: This _27th_ day of July, 2005.

_/s/ Glen E. Conrad_
UNITED STATES DISTRICT JUDGE